IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>LUIS RODRIGUEZ PEREZ,<br>et als.<br><br>Defendants | CRIMINAL NO. 99-011 (CCC) |

## MOTION TO WITHDRAW AS THE
## ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THE CASE

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

Assistant U.S. Attorney Maritza González is currently assigned to the Civil Division at the U.S. Attorney's Office for this district. Consequently, it is respectfully requested that the Court accept her request to withdraw as attorney for the prosecution on behalf of the United States in this particular case.

THEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of Maritza González as the attorney for the prosecution in the instant case.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 20th day of May, 2005.

H.S. GARCIA
United States Attorney

/s Maritza González
Maritza González
Assistant U.S. Attorney

U.S.D.C. No. 208801  
Torre Chardón, Suite 1201  
350 Carlos Chardón Street  
San Juan, Puerto Rico 00918  
Tel: (787) 766-5656  
Fax: (787) 766-6219  
Email: Maritza.Gonzalez@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing all appearing parties.

/s *Maritza González*  
Maritza González  
Assistant U.S. Attorney