IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs.<br>1) LUIS RODRIGUEZ-PEREZ<br>a/k/a Chinto<br>2) RENE CORE-AYALA<br>a/k/a Tito<br>3) FRANCISCO BATISTA-DOMINICCI<br>a/k/a Pachi<br>4) MANUEL FERNANDEZ-TORRES<br>a/k/a Tato<br>5) ISMAEL TARRIDO-TORRES<br>a/k/a Papo el Chiquito<br>6) JOSE R. MOLINA-MARRERO<br>a/k/a bebe<br>7) JOSUE SANTANA-RODRIGUEZ<br>Defendants | CRIMINAL 99-0111CCC |

**O R D E R**

The Motion to Withdraw as the Assistant United States Attorney Assigned to the Case filed by Assistant U.S. Attorney Maritza González on May 20, 2005 (**docket entry 410**) is GRANTED.

SO ORDERED.

At San Juan, Puerto Rico, on July 12, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge